# IN THE SUPREME COURT OF THE STATE OF NEVADA

MICHAEL DALE RULE,
Appellant,
vs.
JO GENTRY, WARDEN; OFFENDER
MANAGEMENT DIVISION; AND THE
STATE OF NEVADA,
Respondents.

No. 75307



FILED

APR 16 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a purported district court decision denying a postconviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Linda Marie Bell, Judge.

This court's review of this appeal reveals a jurisdictional defect. The documents before this court indicate that a petition has not been filed in district court case number A748886, the case number designated in this notice of appeal, since December 30, 2016. Notice of entry of the findings of fact, conclusions of law, and order was filed on September 14, 2017. Thus, to the extent appellant appeals from this order, the notice of appeal is untimely filed. "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Further, review of the district court docket entries reveals that the district court has not entered any appealable order in the underlying matter.

18-14406

Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____Cherry_____, J.
Cherry

_____, J.
Parraguirre

_____Stiglich_____, J.
Stiglich

cc:  Hon. Linda Marie Bell, District Judge
     Michael Dale Rule
     Attorney General/Carson City
     Attorney General/Las Vegas
     Eighth District Court Clerk